THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL LOGUIRATO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Rabin, JJ.

■

RIVERDALE COMMUNITY PLANNING ASSOCIATION, INC., et al., Respondents, v. EDWARD T. CRINNION, Individually and as Superintendent of Department of Housing and Buildings for the Borough of The Bronx, City of New York, Defendant, and RIVERDALE REALTY COMPANY, INC., Appellant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Callahan, J. P., Breitel, Bastow and Botein, JJ.

■

In the Matter of Arbitration between LYNX CORPORATION, Appellant, and FINECRAFT CLOTHES, Respondent.— The action sought to be stayed, although sounding in fraud, is based upon the contract. Therefore the arbitration clause is applicable. Furthermore the present objection to arbitration should have been raised at the time the prior objection was passed on and arbitration directed. No appeal was taken from that direction, which concludes the matter. Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted. Settle order on notice. Present — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ.

■

LOUIS ORENSTEIN FEDERAL CREDIT UNION, Respondent, v. EDWARD GROSS CO. INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ.

■

JAN THOMAS, INC., Respondent, v. ARROWHEAD KNITTING MILLS, INC., Appellant, et al., Defendants. JAN THOMAS, INC., Respondent, v. ARROWHEAD KNITTING MILLS, INC., et al., Appellants, et al., Defendants.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ.

■

In the Matter of the Accounting of LILIAN W. MANGER et al., as Successor Trustees under Declarations of Trust Made by JULIUS MANGER and LILIAN W. MANGER. LILIAN W. MANGER et al., as Successor Trustees, Appellants; CHARLES T. RICE, as Guardian ad Litem, Respondent.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ.

■

LEIBA B. BROWN, Plaintiff, v. BETH ISRAEL HOSPITAL ASSOCIATION, Defendant and Third-Party Plaintiff-Respondent. FREDERICK W. EDWARDS, INC., et al., Third-Party Defendants, and SIMMONS Co., Third-Party Defendant-Appellant.— Order affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ.; Callahan, J., dissents and votes to reverse and grant examination.